### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 13 B 23729 |
| | ) | |
| Catherine Canman, | ) | Chapter 13 |
| | ) | Hon. Timothy A. Barnes |
| Debtor | ) | |

-------------------------------------------------------------------------------------------------------------------------

| | | |
|---|---|---|
| | ) | |
| Catherine Canman, | ) | Case No. 13 AP 1154 |
| Plaintiff, | ) | |
| vs. | ) | |
| Discover Financial Services, et al. | ) | |
| Defendants | ) | |
| | ) | |

## NOTICE OF MOTION

**To:**   *See attached service list*

PLEASE TAKE NOTICE that on May 19, 2014, at 10:00 A.M., we shall appear before the Honorable Timothy A. Barnes at the Dirksen Federal Courthouse, 219 S. Dearborn, Chicago, IL 60604, in Courtroom 613, and then and there present the attached attached **Motion to Dismiss**, a copy of which is attached hereto and served upon you herewith.

Dated:  May 16, 2014                          /s/ *Justin R. Storer*
                                              One of the Plaintiff's Attorneys
                                              Justin R. Storer
                                              Lakelaw
                                              420 W. Clayton Street
                                              Waukegan, Illinois 60085-4216
                                              847.249.9100

## CERTIFICATE OF SERVICE

On May 16, 2014, the undersigned certifies that on this date, she caused a copy of the above document to be served upon each person shown on the attached service list, by United States Mail, with postage prepaid, at Waukegan, Illinois. Those marked above with an asterisk were served via electronic service.

                                              /s/*Rachel Rohrman*
                                              Paralegal

## SERVICE LIST

Saskia Bryan
Latimer Levay Fyock, LLC
55 W. Monroe, Suite 1100
Chicago, IL 60603
*Also served by the Court's CM/ECF system*

David Friedberg
Law Office of David L. Friedberg, PC
1954 First Street
Unit 164
Highland Park, IL 60035
*Also served by the Court's CM/ECF system*

Richard Nowell
Illinois Attorney General
100 W. Randolph Street
Suite 13-229
Chicago, IL 60601
*Also served by the Court's CM/ECF system*

Discover Financial Services
2500 Lake Cook Road
Riverwoods, IL 60015

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 13 B 23729 |
| | ) | |
| Catherine Canman, | ) | Chapter 13 |
| | ) | Hon. Timothy A. Barnes |
| Debtor | ) | |

-------------------------------------------------------------------------------------------------------------------------

| | | |
|---|---|---|
| Catherine Canman, | ) | |
| Plaintiff, | ) | Case No. 13 AP 1154 |
| vs. | ) | |
| Discover Financial Services, et al. | ) | |
| Defendants | ) | |
| | ) | |

## MOTION TO DISMISS

NOW COMES the Plaintiff, Catherine Canman, by and through her attorneys at Lakelaw, and in now moving to dismiss the above-captioned adversary proceeding, pursuant to Federal Rule of Bankruptcy Procedure 7041, and states as follows[1]:

### JURISDICTION

1.  The United States District Court for the Northern District of Illinois has jurisdiction over this case under 28 U.S.C. 1334(a).

2.  Venue over this case is proper in the Northern District of Illinois under 28 U.S.C. 1408(a) on account of the Debtor's principal residence and domicile.

3.  Purusant to Internal Operating Procedure 15(a) of the United States District Court for the Northern District of Illinois, all bankruptcy cases and all proceedings that arise under title 11 have been referred, as permitted by 28 U.S.C. 157, to the United States Bankruptcy Court for the Northern District of Illinois.

### BACKGROUND

4.  The Debtor filed a petition for relief under chapter 13 of title 11, the United States Bankruptcy Code, on June 10, 2013. Shortly thereafter, she filed a complaint to determine that her student

---

[1] All chapter, section and rule references, unless otherwise noted, are to the Bankruptcy Code, 11 U.S.C. §§ 101-1532 ("Code"), and the Federal Rules of Bankruptcy Procedure, Rules 1001-9037.

loans are dischargable under 11 U.S.C. 523(a)(8), as paying them would be a substantial long-term undue hardship on her and her dependents.

     5.     Three of the four creditors at issue have answered the Debtor's complaint.

     6.     The Debtor will attempt to apply for income-based repayment programs with her creditors, and seeks to avoid multiplying litigation by holding this adversary proceeding open while doing so, and so now moves to dismiss her case without prejudice.

## RELIEF REQUESTED

     **7.**     The Debtor seeks to dismiss the above-captioned adversary proceeding without prejudice.

## BASIS FOR RELIEF

     8.     Federal Rule of Bankruptcy Procedure 7041 incorporates Federal Rule of Civil Procedure 41, which provides that, as relevant here, because responsive pleadings have been filed, dismissal must be accomplished by court order.

     9.     While this motion is to be heard on May 19th, 2014, and is being filed only shortly before, all attorneys for participating creditors have been privately notified of the Debtor's intention, and no cause exists to delay entry of the order dismissing the adversary proceeding without prejudice.

     WHEREFORE THE PLAINTIFF, Catherine Canman, requests this Court enter her proposed order dismissing her case without prejudice, and entering any other relief that this Court may deem just and proper.

> Respectfully Submitted,
> /s/ *Justin Storer*
> One of the Debtor's Attorneys

David P. Leibowitz (ARDC # 1612271)
Lakelaw
420 West Clayton Street
Waukegan, IL 60085-4216
847.249.9100